An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

THE GIFFORD W. COCHRAN
REVOCABLE LIVING TRUST DATED
MARCH 12, 2004, A MONTANA TRUST,
Appellant,
vs.
THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2005-66,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-66,
Respondent.

No. 65543

**FILED**

DEC 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER GRANTING MOTION FOR REMAND
AND DISMISSING APPEAL*

The parties have filed a joint motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The motion is accompanied by certification of the district court's intent that upon remand it is inclined to vacate its order granting respondent's motion to dismiss and to "allow litigation to continue consistent with the holdings in the Nevada Supreme Court's *SFR* opinion."

Cause appearing, we grant the joint motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the

SUPREME COURT
OF
NEVADA

(O) 1947A

14-42252

district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' request to stay the briefing schedule in this matter is denied as moot.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Mark R. Denton, District Judge
Maier Gutierrez Ayon, PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.